HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KIMBERLY RAWLS, ) <br> ) <br> Defendant. ) <br> ) | Case No. 91-mag.-049A <br><br> MOTION FOR BOND EXONERATION AND RECONVEYANCE OF DEED <br><br> Judge: Hon. Deborah Barnes (duty) |

On February 7, 1991, Ms. Rawls, represented by the Office of the Federal Defender appeared in this Court on an indictment out of the District of Guam. Ms. Rawls was released upon the posting of a property bond, secured by the deed at Exhibit A. That property bond was never exonerated, even though Ms. Rawls completed her case, went to prison, and was released in 1996. (Exhibit B.) That property bond remained undisturbed until last week, when the property was due to be sold, and the lien appeared on a title report. The escrow officers contacted the Court and undersigned counsel, and this Motion follows.

As the case predates the ECF system, undersigned counsel is providing this Motion and the attachments to the Clerk's Office and cc'ing them to the Government by email.

//

//

It is respectfully requested that the bond be exonerated and that the property be reconveyed so that it may be sold. The reconveyance document provided by the escrow officer is attached as Exhibit C and recording is requested. A proposed order is also attached. Counsel has contacted AUSA Elliot Wong at the U.S. Attorney's Office, who confirmed that the Government has no objection to this request.

Dated: July 5, 2021

> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ RACHELLE BARBOUR*
> RACHELLE BARBOUR