**RECORDING REQUESTED BY:**
Fidelity National Title Company

**Escrow Order No.:** FAMC-0352101746

**When Recorded Mail Document To:**
The Rawls Family Trust dated March 24, 1997

,

APN/Parcel ID(s):   097-0088-069-00

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, Perry J. Rawls and Anna M. Rawls, his wife as joint tenants was the original Trustor,

Chicago Title Company, a California Corporation the original Trustee, and

Clerk, United States District Court, Eastern District of California  the Beneficiary,

under that certain Deed of Trust dated November 22, 1991 and recorded on December 13, 1991 as Instrument No. 91330482, Official Records of the County of Alameda, State of California, and

WHEREAS, the undersigned Beneficiary desires to substitute a new Trustee under said Deed of Trust in place and instead of Chicago Title Company, a California Corporation

now therefore, the undersigned hereby substitutes
Clerk, United States District Court, Eastern District of California
as Trustee

under said Deed of Trust and
Clerk, United States District Court, Eastern District of California
as the substituted Trustee

does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the Estate now held thereunder.

Dated:  July 1, 2022

**BENEFICIARY/SUBSTITUTED TRUSTEE:**

Clerk, United States District Court, Eastern District of California

BY: _____

Substitution of Trustee Full Reconveyance
SCA0000293.doc / Updated:  08.13.21

Page 1

Printed:  07.01.22 @ 11:50 AM
CA-FT-FAMC-01500.080035-FAMC-0352101746

EXHIBIT C

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE
(continued)

APN/Parcel ID(s):  097-0088-069-00

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____

County of _____

On _____ before me, _____, Notary Public,
(here insert name and title of the officer)

personally appeared _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature

EXHIBIT C