1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:91-mj-00049-CKD |
| Plaintiff, | **ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF DEED** |
| v. | |
| KIMBERLY RAWLS, | Judge: Hon. Debra Barnes (duty) |
| Defendant. | |

The Court hereby **EXONERATES** the property bond posted in this case in 1991 by Perry and Anna Rawls and **ORDERS** that the property be reconveyed using the Substitution of Trustee and Full Reconveyance attached to the Motion and that such Reconveyance be recorded.

Dated: July 6, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE